## THIRD NATIONAL BANK OF GREENSBURG v. CAPP, ADMINISTRATOR, ETC.

[No. 3,228.   Filed Feb. 15, 1900.   Rehearing denied June 20, 1900.]

From the Shelby Circuit Court.   *Affirmed.*

*B. F. Bennett, T. E. Davidson, D. A. Myers, T. B. Adams* and *Isaac Carter,* for appellant.

*B. L. Smith, C. Cambern* and *D. L. Smith,* for appellee.

COMSTOCK, J.—The questions involved in this appeal are the same in principle as those decided in *Tarplee* v. *Capp, Adm., ante,* 56.   Upon the authority of that decision the judgment of the trial court is affirmed.

## MEEK, ADMINISTRATOR, v. CAPP, ADMINISTRATOR.

[No. 3,229.   Filed June 21, 1900.]

From the Shelby Circuit Court.   *Affirmed.*

*B. F. Bennett, T. E. Davidson, D. A. Myers, T. B. Adams* and *Isaac Carter,* for appellant.

*D. L. Smith, C. Cambern, B. L. Smith, K. M. Hord* and *E. K. Adams,* for appellee.

PER CURIAM.—The questions involved in this case are not materially different from those in the case of *Tarplee* v. *Capp, Adm., ante,* 56, and upon the authority of that decision the judgment is affirmed.

## THE STATE v. COSNER ET AL.

[No. 3,182.   Filed October 9, 1900.]

From the Lawrence Circuit Court.   *Affirmed.*

*J. A. Zaring, S. B. Lowe, McHenry Owen* and *W. L. Taylor,* Attorney-General, for State.

*C. C. Matson, J. Giles, J. C. Lawler, M. B. Hottel* and *W. H. Edwards,* for appellees.

COMSTOCK, J.—Indictment for extortion in one count, based upon §2105 Burns 1894, §2018 Horner 1897.   From the action of the trial court in quashing the indictment, the State appeals.   In the case of *State* v. *Robinson,* 23 Ind. App. 424, this court held that the acts charged in the indictment before us did not constitute an offense under the section named.   To that decision we adhere.   Judgment affirmed.